# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   BRITTNEY J. HENDRIX                                              Case Number: 07-71516
         2525 CONKLIN DRIVE  APT 10          SSN-xxx-xx-6838
         ROCKFORD, IL  61101

|  |  |
|---|---|
| Case filed on: | 6/26/2007 |
| Plan Confirmed on: | 9/14/2007 |

D Dismissed

Total funds received and disbursed pursuant to the plan:  $437.50          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 210.88 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 210.88 | 0.00 |
|  |  |  |  |  |  |
| 998 | BRITTNEY J. HENDRIX | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BRITTNEY J. HENDRIX | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | ILLINOIS TITLE LOANS, INC | 2,000.62 | 1,800.00 | 127.20 | 71.16 |
| 016 | VAUGHNS T.V. & APPLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 2,000.62 | 1,800.00 | 127.20 | 71.16 |
|  |  |  |  |  |  |
| 001 | ILLINOIS TITLE LOANS, INC | 0.00 | 200.62 | 0.00 | 0.00 |
| 002 | AAA COMMUNITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ALLTEL | 234.65 | 234.65 | 0.00 | 0.00 |
| 005 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BELOIT MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CASH LOAN STORE | 301.63 | 301.63 | 0.00 | 0.00 |
| 008 | CINGULAR WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDIT ACCEPTANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 278.38 | 278.38 | 0.00 | 0.00 |
| 011 | RIVERSIDE COMMUNITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | SECURITY FINANCE | 204.00 | 204.00 | 0.00 | 0.00 |
| 014 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | WORLD FINANCIAL NETWORK NATIONAL BANK | 271.43 | 271.43 | 0.00 | 0.00 |
| 017 | MADALENE PUTNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROUNDUP FUNDING LLC | 341.99 | 341.99 | 0.00 | 0.00 |
| 019 | ROUNDUP FUNDING LLC | 60.99 | 60.99 | 0.00 | 0.00 |
| 020 | ROUNDUP FUNDING LLC | 813.52 | 813.52 | 0.00 | 0.00 |
| 021 | ASSET ACCEPTANCE CORP | 340.27 | 340.27 | 0.00 | 0.00 |
|  | Total Unsecured | 2,846.86 | 3,047.48 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 7,047.48 | 7,047.48 | 338.08 | 71.16 |

| | |
|---|---|
| Total Paid Claimant: | $409.24 |
| Trustee Allowance: | $28.26 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on _04/18/2008_          By _/s/Heather M. Fagan_